UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

LARRY PALMER                                                PETITIONER

v.                                               CIVIL ACTION NO. 3:09-CV-P446-S

J. DAVID DONAHUE                                   RESPONDENT

### ORDER

For the reasons set forth in the Memorandum Opinion entered this date and being otherwise sufficiently advised, **IT IS ORDERED** that the instant action is **DISMISSED without prejudice** pursuant to FED. R. CIV. P. 41(b).

There being no just reason for delay in its entry, this is a final Order. Leave to appeal to the Court of Appeals *in forma pauperis* is **DENIED** pursuant to 28 U.S.C. § 1915(a)(3) because such an appeal would not be taken in good faith.

Date: January 26, 2010

                                                                                    **Charles R. Simpson III, Judge**
                                                                                    **United States District Court**

cc:     Petitioner, *pro se*
4411.009